ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

MAY 18 2011

DAVID CREWS, CLERK
BY_____ Deputy

Robert E. Ivy
/Plaintiff

v.

CASE NO.    1:11CV115-P-D

Oktibbeha County Sheriff Dept.
Defendant

PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1.  The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

    A. Legal name:                         Robert Edgar Ivy

    B. Name under which sentenced:          Bobby Ivy

    C. Inmate identification number:        SS# 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 - MDOC# 104982

    D. Plaintiff's mailing address (street or post office box number, city, state, ZIP):    111 D.L. Conner Dr
                                            Starkville Ms, 39759

    E. Place of confinement:                Oktibbeha County Jail

2.  Plaintiff names the following person(s) as the Defendant(s) in this civil action:

    Name:                                   Dolph Bryan

    Title (Superintendent, Sheriff, etc.):  Sheriff

    Defendant's mailing address (street or post office box number, city, state, ZIP)    111 D.L. Conner Dr.
                                            Starkville Ms. 39759

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 2

Name:  Jimmy Vaughn

Title (Superintendent, Sheriff, etc.):  Jail Administrator

Defendant's mailing address (street or post office. box number, city, state, ZIP)  III D.L. Conner Dr. Starkville MS 39759

Name:  George Carruthers

Title (Superintendent, Sheriff, etc.):  Chief Deputy

Defendant's mailing address (street or post office box number, city, state, ZIP)  III D.L. Conner Dr. Starkville Ms. 39759

Name:

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP)

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3.  Have you commenced other lawsuits in any other court, ☐ Yes  ☒ No
state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?

4.  If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

B. Court: _____  C. Docket No.: _____

D. Judge's Name: _____  E. Date suit filed: _____

F. Date decided: _____  G. Result (affirmed, reversed, etc.): _____

5.  Is there a prisoner grievance procedure or system in the place of your confinement?  ☐ Yes  ☑ No

6.  If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below).  ☐ Yes  N/A  ☐ No

7.  If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☐ Yes  *N/A*  ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☐ Yes  *N/A*  ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

*N/A*

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

*N/A*

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 4

---

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

---

8.  If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

The Oktibbeha County Sheriff's Department nor the jail itself, doesn't provide us with a grievance system. They state that they don't use it.

9.  Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

I Robert Edgar Ivy am currently being held in the Oktibbeha county Jail. I was arrested August 1, 2008 for a sexual Battery Charge and I have not had an initial appearance or a preliminary hearing yet. State court rules mandate that anyone charged with a crime be taken before a judge within 48 hours for an initial appearance. I've been locked up now for 845 days and still have not been to my initial appearance. I've now been indicted on these charges and I am awaiting trial. I feel as if my right's have been violated and I would like some assistance with this matter. Dolph Bryan, George Carruthers and Jimmy Vaughn are responsible for how this jail is being ran. There is no sense in an inmate sitting in here for 2 years with out an initial appearance or a preliminary hearing.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 5

10.  State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do
     not cite legal authority.

I would like some legal help with this situation. I would like to file a lawsuit for everyday I've been incarcerated. My trial date for these charges are set for the first week in August, therefore I would like to get something in progress before I go to trial, because I'm also wanting to file for a dismissal of my charges for them violating my rights.

This Complaint was executed at (location):    Oktibbeha County Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date:  5-11-11

Plaintiff's Signature

Case: 1:11-cv-00115-WAP-JAD Doc #: 1 Filed: 05/16/11 6 of 6 PageID #: 6

Bobby Ivy
III D.L. Conner Dr.
Starkville MS. 39759

GRENADA MS 389

13 MAY 2011 PM 1 T

X-RAYED

RECEIVED

MAY 1 6 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Pro Se Law Clerk
U.S. District Court
P.O. Box 704
Aberdeen MS. 39730

39730$0704